AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>A RESIDENCE, COMPUTERS, AND ELECTRONIC STORAGE DEVICES IN CLOVER SOUTH CAROLINA, 29710 | ) ) ) ) ) ) Case No. |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
A RESIDENCE, COMPUTERS, AND ELECTRONIC STORAGE DEVICES IN CLOVER SOUTH CAROLINA, 29710 (as more fully described in Attachment A to the Affidavit in Support of the Application)

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Evidence and instrumentalities of violations of 18 U.S.C. §§ §§ 2252A(a)(2) and 2252A(a)(5)(B) (as more fully described in Attachment B to the Affidavit in Support of the Application)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| Title 18, U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Thomas O. Howie Jr., Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:     10/24/2018

*Judge's signature*

City and state: Columbia, South Carolina              Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*