# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>A RESIDENCE, COMPUTERS, AND ELECTRONIC STORAGE DEVICES IN CLOVER SOUTH CAROLINA, 29710 | )<br>)<br>)  Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____South Carolina_____
*(identify the person or describe the property to be searched and give its location)*:

A RESIDENCE, COMPUTERS, AND ELECTRONIC STORAGE DEVICES IN CLOVER, SOUTH CAROLINA, 29710 (as more fully described in Attachment A to the Affidavit in Support of the Application)


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence and instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B)  (as more fully described in Attachment B to the Affidavit in Support of the Application)


**YOU ARE COMMANDED** to execute this warrant on or before _____November 7, 2018_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Shiva V. Hodges_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: *October 24, 2018 2:28pm*                    *Shiva V. Hodges*
                                                                                                                *Judge's signature*

City and state:   Columbia, South Carolina                              Shiva V. Hodges, United States Magistrate Judge
                                                                                                                *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| GV07QR19GN001 | 11/1/18 | Everette Hensley |

Inventory made in the presence of: SA Paul Criswell

Inventory of the property taken and name of any person(s) seized:

- HP Pavillion Laptop    S/N 5CD2423Z6V
- Dell Computer          S/N H1S0872 Inspiron 20
- Seagate External Hard Drive    S/N 2GE68LMK
- (2) SD Cards

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/1/18

_Executing officer's signature_

Thomas Howe JR
~~Britton B. Lorenzen~~, Special Agent, HSI
_Printed name and title_